WM. SMITH GREIG, D.C. Bar No. 453443
Email: greigw@sec.gov
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612
Telephone: 202 / 551-5147
Facsimile: 202 / 772-9263

LOCAL COUNSEL:
AMY JANE LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov
Securities and Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, California 90071
Telephone: 323 / 965-3835
Facsimile: 213 / 443-1904

Attorneys for Movant
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Movant,<br><br>      vs.<br><br>HAMID KABANI, MICHAEL DEUTCHMAN, and KARIM KHAN MUHAMMAD,<br><br>             Respondents. | Case No. _____<br><br>**[PROPOSED] ORDER** |

After review of the Securities and Exchange Commission's Motion for an Order under Section 21(e)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(e)(1), the accompanying Memorandum and Exhibits, any responses by Hamid Kabani, Michael Deutchman, or Karim Khan Muhammad, any SEC reply thereto, and the entire record herein, it is hereby ORDERED that

i) Respondent Hamid Kabani must comply with the SEC Opinion and Order and pay to the Public Company Accounting Oversight Board $100,000. Mr. Kabani must pay interest on that amount from the date that the SEC Opinion and Order became final (May 13, 2019, when the Supreme Court issued its order denying respondents' petition for a writ of certiorari) until the date that he has paid in full. The interest rate will be determined under 28 U.S.C. § 1961 based on the date of this order, and

ii) Respondent Michael Deutchman must comply with the SEC Opinion and Order and pay to the Public Company Accounting Oversight Board $35,000. Mr. Deutchman must pay interest on that amount from the date that the SEC Opinion and Order became final (May 13, 2019, when the Supreme Court issued its order denying respondents' petition for a writ of certiorari) until the date that he has paid in full. The interest rate will be determined under 28 U.S.C. § 1961 based on the date of this order, and

iii) Respondent Karim Khan Muhammad must comply with the SEC Opinion and Order and pay to the Public Company Accounting Oversight Board $100,000. Mr. Muhammad must pay interest on that amount from the date that the SEC Opinion and Order became final (May 13, 2019, when the Supreme Court issued its order denying respondents' petition for a writ of certiorari) until the date that he has paid in full. The interest rate will be determined under 28 U.S.C. § 1961 based on the date of this order.

This Court will maintain jurisdiction over this matter to ensure that each respondent complies with this Order.

Dated: _____                    _____
                                          United States District Judge