# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> HAMID KABANI, et al., <br>     Defendants. | CV 19-9234 DSF (PLAx) <br><br> JUDGMENT |

    The Court having granted the Securities and Exchange Commission's (SEC) motion for an order under Section 21(e)(1) of the Exchange Act,

    IT IS ORDERED AND ADJUDGED that:

1. Defendant Hamid Kabani must comply with all aspects of the March 10, 2017 Order issued by the SEC (Order) and pay to the Public Company Accounting Oversight Board (PCAOB) a civil penalty of $100,000, plus prejudgment interest from May 14, 2019 until full payment is made, at the rate set forth in 28 U.S.C. § 1961;

2. Defendant Michael Deutchman must comply with all aspects of the Order and pay to PCAOB a civil penalty of $35,000, plus prejudgment interest from May 14, 2019 until full payment is made, at the rate set forth in 28 U.S.C. § 1961; and

3. Defendant Karim Khan Muhammad must comply with all aspects of the Order and pay to PCAOB a civil penalty of $20,000, plus prejudgment interest from May 14, 2019 until

full payment is made, at the rate set forth in 28 U.S.C. § 1961.

The Court retains jurisdiction to enforce this Judgment.

Date: January 15, 2020

Dale S. Fischer
United States District Judge